**Matthew E. D'ERAMO, Respondent**

v.

**ALLEGHENY COUNTY, Pennsylvania, and Public Communications Services, Inc., Petitioners.**

Supreme Court of Pennsylvania.

June 13, 2012.

### *ORDER*

PER CURIAM.

AND NOW, this 13th day of June, 2012, the Petition for Allowance of Appeal and the Expedited Application for Review of Commonwealth Court Order Vacating Automatic Supersedeas are DENIED.